### 36237. RAMEY v. KENNEDY et al.

Judgment affirmed without opinion under Rule No. 59 of this court.

*All the Justices concur.*

SUBMITTED MAY 16, 1980 — DECIDED
JULY 16, 1980 —
REHEARING DENIED JULY 30, 1980.

*Craig & Elrod, Jack T. Elrod,* for appellant.
*G. Hughel Harrison, Glyndon C. Pruitt, W. Paul Kesmodel, Jr.,* for appellees.